FILED
2010 Aug-19  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMILLE DION POPE, | } | |
| | } | |
| Petitioner, | } | |
| | } | |
| vs. | } | CV-08-SLB-RRA-8045-S |
| | } | CR-07-SLB-RRA-0077-S |
| | } | |
| UNITED STATES OF AMERICA, | } | |
| | } | |
| | } | |
| Respondent. | } | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that this § 2255 Motion to Vacate be denied. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court, with one addition which follows. The Report and Recommendation notes that the petitioner argued that the government failed to fulfill its promise contained in the Plea Agreement to recommend a low end advisory range guideline sentence, in the absence of substantial assistance. In addition to what is stated in the Magistrate Judge's Report and Recommendation, the court notes that at sentencing the government did not argue for a

sentence above the guideline range, (Doc. 10, Ex. D at p. 15), and the court imposed the lowest sentence allowed by law and the guidelines. (*Id*. at pp. 13, 16.)  The Motion to Vacate is due to be DENIED.  An appropriate order will be entered.

   **DONE**, this 19th day of August, 2010.


                                          *Sharon Lovelace Blackburn*
                                          SHARON  LOVELACE  BLACKBURN
                                          CHIEF UNITED STATES DISTRICT JUDGE